**Ross, Quinn & Ploppert**

ATTORNEYS AT LAW
*A Professional Corporation*

192 S. Hanover St., Suite 101
Pottstown, PA 19464
Phone: 610.323.5300
fax: 610.323.6081
RQPLaw.com

October 2, 2019

**SENT VIA FIRST CLASS MAIL**
Thomas & Shannon Cravalho
141 Garnet Drive
Gilbertsville, PA  19525

> RE:    **Bankruptcy Case No. 19-16187**
>          **Filing Date:  9/30/2019**

Dear Mr. & Mrs. Cravalho:

Please review the information below carefully as it provides important instructions needed to successfully complete the requirements of your bankruptcy.

**FILING FEE PAYMENT:**
The Filing Fee Payment for your bankruptcy has been approved by the Judge and is to be paid as follows:

$167.50 due on or before 10/30/2019 *Mailed Fri 10/18/19*
$167.50 due on or before 11/29/2019 *mailed Fri 11/15/19*

You need to prepare a money order or cashier's check, **no personal checks will be accepted**, made payable to the U.S. Bankruptcy Court and send those payments to:

**US Bankruptcy Court**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107**

Please be sure to write your case number **19-16187** on the payment. If you have any other questions, please do not hesitate to contact our office by phone at your convenience.

Regards,

*Melissa L Koons*

Melissa Koons, Paralegal
ROSS, QUINN & PLOPPERT, P.C.

NOV 18 2019