Certificate Number: 05781-PAE-DE-033741159

Bankruptcy Case Number: 19-16187



05781-PAE-DE-033741159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 23, 2019</u>, at <u>1:45</u> o'clock <u>PM PST</u>, <u>Thomas Cravalho</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 23, 2019</u>            By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>