*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thomas J Cravalho and Shannon J Cravalho
    Debtor(s)

Case No: 19–16187–mdc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the final installment payment in the amount of $167.50.
will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

    on: 2/12/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: January 31, 2020