United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas J Cravalho  
Shannon J Cravalho  
    Debtors

Case No. 19-16187-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: jch      Page 1 of 1      Date Rcvd: Jan 31, 2020  
                              Form ID: 175    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db/jdb        +Thomas J Cravalho,   Shannon J Cravalho,   141 Garnet Drive,   Gilbertsville, PA 19525-8124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:  
           CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
           JOSEPH L QUINN   on behalf of Debtor Thomas J Cravalho CourtNotices@rqplaw.com  
           JOSEPH L QUINN   on behalf of Joint Debtor Shannon J Cravalho CourtNotices@rqplaw.com  
           REBECCA ANN SOLARZ   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                             TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Thomas J Cravalho and Shannon J Cravalho
    Debtor(s)

Case No: 19−16187−mdc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the final installment payment in the amount of $167.50.

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

    on: 2/12/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: January 31, 2020