### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                         :         Bankruptcy No. 19-16187-mdc
Thomas J Cravalho
Shannon J Cravalho                  :         Chapter 7

## ORDER

The debtor(s) has filed a motion for approval of the reaffirmation agreement between the debtor(s) and M&T Bank, the court held a hearing on February 12, 2020, required by 11 U.S.C. s 524 (c)(6)(A) on notice to the debtor(s) and the creditor.

COURT ORDER:

__X__   The court grants the debtor(s) motion under 11 U.S.C. s 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s)

_____   The court grants the debtor's motion under U.S.C. s 524 (K)(8) and approves the reaffirmation agreement described above

_____   The court does not approve the reaffirmation agreement.

_____   The court approves the reaffirmation agreement.

Date: 2/12/2020

MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Trustee
833 Chestnut St
Philadelphia, PA 19107

Chapter 7 Trustee

Debtor(s)